UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

PATRICK J SABELHAUS

Debtor

CASE NO: 06-30467

(Chapter 13)

JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040756**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 18 | CIRCUIT CITY PRIVATE LABEL<br>CHASE BANK USA NA<br>BOX 100018<br>KENNESAW, GA  30156 | 8.18 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/1/2010

Certificate of Service                                06-30467

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PATRICK J SABELHAUS            NICHOLAS A ZINGARELLI          (18.1)
7750 HACKNEY CIRCLE            810 SYCAMORE ST                CIRCUIT CITY PRIVATE LABEL
MAINEVILLE, OH  45039          3RD FLOOR                      CHASE BANK USA NA
                              CINCINNATI, OH  45202           BOX 100018
                                                              KENNESAW, GA  30156

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv